PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

Name of Offender:              Jennifer Yvonne Berry              Case Number: 4:12CR00575-001

Name of Sentencing Judge:   The Honorable W. Allen Pepper, Jr.

Name of Assigned Judge:     The Honorable Lee H. Rosenthal

Date of Original Sentence:   July 16, 2008

Original Offense:            Theft of Government Money; 18 U.S.C. § 641

Original Sentence:           5 years probation; $100 special assessment and a $458,237.00 in restitution. Special conditions: home detention for six months, perform 100 hours of community service, and forfeit $31,454.39 seized by the Government.

Type of Supervision:         Probation                          Supervision Started: July 16, 2008

---

## EARLIER COURT ACTION

July 26, 2011:  Order signed by the Court returning passport.

September 13, 2012: A Transfer of Jurisdiction was accepted from the Northern District of Mississippi and case assigned to the Honorable Lee H. Rosenthal of the Southern District of Texas - Houston Division.

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **FAILURE TO PAY RESTITUTION (SPECIAL CONDITION):** The defendant has failed to pay the full Court-ordered restitution in the amount of $458,237.00. As of April 10, 2013, joint and severally, a total of $57,550.45 has been collected. She has paid a total of $51,539.39. Total outstanding remains at $400,686.55. |

RE: Berry, Jennifer
Case No.:  4:12CR00575-001
Page 2


**U.S. Probation Officer Action:**

Jennifer Berry's restitution is not yet paid in full and her case is set to expire on July 15, 2013.  Ms. Berry has been making monthly payments of $250.00, however, with the amount that is owed, she will not be able to have her restitution paid in full before case expiration.  All other special conditions have been met and she is steadily employed and able to continue to make payments.

The United States Probation Office will instruct Ms. Berry to continue to make her payments to the U.S. District Clerk even after case expiration, until the amount is paid in full on her restitution.  Additionally, the Financial Litigation Unit (FLU) of the U.S. Attorney's Office, can continue to monitor payments beyond the offender's term of supervision.  It is respectfully requested that no Court action be initiated against the defendant in response to her failure to satisfy her obligation in it's entirety, and that her term of supervision be allowed to expire as scheduled on July 15, 2013.


Approved:                                                    Respectfully submitted:


_Joe Flores_                              by      _Jennifer Martin_

Joe Flores, Supervising                                Jennifer Martin
U.S. Probation Officer                                 U.S. Probation Officer
                                                       May 14, 2013

Name of Offender: Berry, Jennifer
Case Number: 4:12CR00575-001
Page Number: 3

[✓]    Court Concurs with Recommended Action

[  ]    Submit a Request for Modifying the Condition(s) or Term of Supervision

[  ]    Submit a Request for Warrant or Summons

[  ]    Other:


Lee H. Rosenthal
U. S. District Judge

5/24/2013

Date